# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Bankr. Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | Adv. Pro. No. 23-50379 |
| Plaintiffs-Appellees, -against- | Appeal from the United States Bankruptcy Court for the District of Delaware |
| WILLIAM HOCKEY LIVING TRUST and 9YARDS CAPITAL INVESTMENTS II LP, | 1:24-mc-00562-CFC |
| Defendants-Appellants. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., <br>                     Plaintiffs-Appellees, <br>    -against- <br><br>MICHAEL GILES *et al*., <br><br>                     Defendants-Appellants. | Adv. Pro. No. 23-50380 <br><br>Appeal from the United States Bankruptcy Court for the District of Delaware <br><br>1:24-mc-00563-CFC <br>1:24-mc-00568-CFC <br>1:24-mc-00577-CFC |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, Plaintiffs-Appellees Alameda Research Ltd., West Realm Shires, Inc., and West Realm Shires Services, Inc., on behalf of themselves and their affiliated debtors and debtors-in-possession, (together, the "Debtors") hereby state as follows:

1.  100% of the equity of Alameda Global Services Ltd. is owned by Alameda Research LLC.

2.  100% of the equity of Alameda Research (Bahamas) Ltd. is owned by Alameda Research Ltd.

3.  100% of the equity of Alameda Research Holdings Inc. is owned by Alameda Research LLC.

4.  100% of the equity of Alameda Research KK is owned by Alameda Research LLC.

5.  There is no parent corporation or publicly held corporation that has been identified as owning 10% or more of the equity of Alameda Research LLC.

6.  100% of the equity of Alameda Research Ltd. is owned by Alameda Research LLC.

7.  99.9% of the equity of Alameda Research Yankari Ltd. is owned by Alameda

Research Ltd.

8. 100% of the equity of Alameda TR Ltd. is owned by Alameda Research Ltd.

9. 100% of the equity of Alameda TR Systems S. de R. L. is owned by Alameda Research Ltd.

10. 100% of the equity of Allston Way Ltd. is owned by FTX Trading Ltd.

11. 100% of the equity of Atlantis Technology Ltd. is owned by Alameda Research Holdings Inc. Services Ltd.

12. 100% of the equity of Bancroft Way Ltd. is owned by FTX Trading Ltd.

13. Approximately 52% of the equity of Blockfolio, Inc. is owned by Blockfolio Holdings, Inc.

14. 100% of the equity of Blue Ridge Ltd. is owned by Alameda Research Ltd.

15. 100% of the equity of Cardinal Ventures Ltd. is owned by Alameda Research Ltd.

16. 100% of the equity of Cedar Bay Ltd. is owned by Alameda Research Ltd.

17. There is no parent corporation or publicly held corporation that has been identified as owning 10% or more of the equity of Cedar Grove Technology Services, Ltd.

18. There is no parent corporation or publicly held corporation that has been identified as owning 10% or more of the equity of Clifton Bay Investments LLC.

19. 100% of the equity of Clifton Bay Investments Ltd. is owned by Clifton Bay Investments LLC.

20. 100% of the equity of Cottonwood Grove Ltd. is owned by Alameda Research Ltd.

21. 100% of the equity of Cottonwood Technologies Ltd. is owned by Alameda Research Ltd.

22. 100% of the equity of Crypto Bahamas LLC is owned by FTX Trading Ltd.

23. There is no parent corporation or publicly held corporation that has been

identified as owning 10% or more of the equity of Deck Technologies Holdings LLC.

24. 100% of the equity of Deck Technologies Inc. is owned by Deck Technologies Holdings LLC.

25. 100% of the equity of Deep Creek Ltd. is owned by FTX Trading Ltd.

26. 100% of the equity of Digital Custody Inc. is owned by West Realm Shires Inc.

27. 100% of the equity of Euclid Way Ltd. is owned by Alameda Research Ltd.

28. 100% of the equity of FTX (Gibraltar) Ltd. is owned by FTX Trading Ltd.

29. 100% of the equity of FTX Canada Inc. is owned by FTX Trading Ltd.

30. 100% of the equity of FTX Digital Assets LLC is owned by West Realm Shires Financial Services Inc.

31. 100% of the equity of FTX Digital Holdings (Singapore) Pte Ltd. is owned by FTX Trading Ltd.

32. 100% of the equity of FTX EMEA Ltd. is owned by FTX Trading Ltd.

33. 100% of the equity of FTX Equity Record Holdings Ltd. is owned by FTX Trading Ltd.

34. 100% of the equity of FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd) is owned by FTX Europe AG.

35. 100% of the equity of FTX Europe AG is owned by FTX Trading Ltd.

36. 100% of the equity of FTX Hong Kong Ltd. is owned by FTX Trading Ltd.

37. 100% of the equity of FTX Japan Holdings K.K. is owned by FTX Trading Ltd.

38. 100% of the equity of FTX Lend Inc. is owned by West Realm Shires Inc.

39. 100% of the equity of FTX Marketplace, Inc. is owned by West Realm Shires Inc.

40. 100% of the equity of FTX Property Holdings Ltd. is owned by FTX Trading

Ltd.

41. 100% of the equity of FTX Services Solutions Ltd. is owned by FTX Trading Ltd.

42. Approximately 75% of the equity of FTX Trading Ltd. is owned by Paper Bird Inc.

43. 100% of the equity of FTX US Services, Inc. is owned by West Realm Shires Services Inc.

44. 100% of the equity of FTX US Trading, Inc. is owned by West Realm Shires Services Inc.

45. 100% of the equity of FTX Ventures Ltd. is owned by Paper Bird Inc.

46. 99.9% of the equity of FTX Zuma Ltd. is owned by FTX Trading Ltd.

47. 100% of the equity of GG Trading Terminal Ltd. is owned by FTX Trading Ltd.

48. 100% of the equity of Global Compass Dynamics Ltd. is owned by FTX Trading Ltd.

49. 100% of the equity of Good Luck Games, LLC. is owned by West Realm Shires Inc.

50. 100% of the equity of Goodman Investments Ltd. is owned by Alameda Research Holdings Inc.

51. 100% of the equity of Hannam Group Inc. is owned by Alameda Research LLC.

52. 100% of the equity of Hawaii Digital Assets Inc. is owned by West Realm Shires Inc.

53. There is no parent corporation or publicly held corporation that has been identified as owning 10% or more of the equity of Hilltop Technology Services LLC.

54. 100% of the equity of Hive Empire Trading Pty Ltd. is owned by FTX Trading Ltd.

55. 100% of the equity of Island Bay Ventures Inc. is owned by Paper Bird Inc.

56. 100% of the equity of Killarney Lake Investments Ltd. is owned by Alameda Research Holdings Inc.

57. 100% of the equity of LH Successor Inc. (f/k/a Ledger Holdings Inc.) is owned by West Realm Shires Inc.

58. 100% of the equity of LP Bitcoin Yield Enhancement Fund Successor, LLC (f/k/a LedgerPrime Bitcoin Yield Enhancement Fund, LLC) is owned by LP Successor Entity (f/k/a Ledger Prime LLC).

59. 100% of the equity of LedgerPrime Bitcoin Yield Enhancement Master Fund LP is owned by LP Bitcoin Yield Enhancement Fund Successor, LLC (f/k/a LedgerPrime Bitcoin Yield Enhancement Fund, LLC).

60. 100% of the equity of LP Digital Asset Opportunities Fund Successor, LLC (f/k/a LedgerPrime Digital Asset Opportunities Fund, LLC) is owned by LP Successor Entity (f/k/a Ledger Prime LLC).

61. 100% of the equity of LP Digital Asset Opportunities Master Fund Successor LP) (f/k/a LedgerPrime Digital Asset Opportunities Master Fund LP) is owned by LP Digital Asset Opportunities Fund Successor, LLC (f/k/a LedgerPrime Digital Asset Opportunities Fund, LLC).

62. 100% of the equity of LP Successor Entity (f/k/a Ledger Prime LLC) is owned by Alameda Research LLC.

63. 100% of the equity of LedgerPrime Ventures, LP is owned by LP Successor Entity (f/k/a Ledger Prime LLC).

64. 100% of the equity of LT Baskets Ltd. is owned by FTX Trading Ltd.

65. 100% of the equity of Maclaurin Investments Ltd. is owned by Alameda Research Ltd.

66. 100% of the equity of Mangrove Cay Ltd. is owned by FTX Trading Ltd.

67. 100% of the equity of North Dimension Inc. is owned by Alameda Research LLC.

68. 100% of the equity of North Dimension Ltd. is owned by Alameda Research Ltd.

69. 100% of the equity of North Wireless Dimension Inc. is owned by Alameda

Research LLC.

70. There is no parent corporation or publicly held corporation that has been identified as owning 10% or more of the equity of Paper Bird Inc.

71. 100% of the equity of Pioneer Street Inc. is owned by West Realm Shires Inc.

72. 100% of the equity of Quoine Pte Ltd. is owned by FTX Japan Holdings K.K.

73. 100% of the equity of Strategy Ark Collective Ltd. is owned by Alameda Research Ltd.

74. 100% of the equity of Technology Services Bahamas Limited is owned by FTX Trading Ltd.

75. 100% of the equity of Verdant Canyon Capital LLC is owned by Alameda Research LLC.

76. 100% of the equity of West Innovative Barista Ltd. is owned by FTX Trading Ltd.

77. 100% of the equity of West Realm Shires Financial Services Inc. is owned by West Realm Shires Inc.

78. There is no parent corporation or publicly held corporation that has been identified as owning 10% or more of the equity of West Realm Shires Inc.

79. 100% of the equity of West Realm Shires Services Inc. is owned by West Realm Shires Inc.

80. 100% of the equity of Western Concord Enterprises Ltd. is owned by FTX Trading Ltd.

Dated: December 3, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

*Counsel for Plaintiffs*

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted pro hac vice)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       gluecksteinb@sullcrom.com
       decampj@sullcrom.com
       dunnec@sullcrom.com

*Counsel for Plaintiffs in Adv. Pro. No. 23-50380*

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (admitted *pro hac vice*)
Isaac Nesser (admitted *pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
E-mail: sascharand@quinnemanuel.com
       isaacnesser@quinnemanuel.com

William Burck
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
E-mail: williamburck@quinnemanuel.com

*Counsel for Plaintiffs in Adv. Pro. No. 23-50379*